463 A.2d 55

Commonwealth v. Black, Appellant.

Submitted April 28, 1983. William R. Bernhart, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Order of the trial court at No. 382 Philadelphia 1982 is affirmed.

620

Order of the trial court at No. 383 Philadelphia 1982 is affirmed.